

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00100-CV

**JOSHUA AREY AND ROGINA KIMMONS,**

                                                        **Appellants**

 **v.**

**THE SHIPMAN AGENCY, INC.,**

                                                        **Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 17-002869-CV-85

## ORDER

Appellee's Motion for Rehearing, filed on May 16, 2019, is denied.


PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Neill
Motion denied
Order issued and filed June 12, 2019

